IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

UNITED STATES OF AMERICA,   :
                            :
                            :
                            : Docket No. 7:19MJ6
v.                          :
                            :
JAMES MALCOLM HALE          :
_____ :

# NOTICE OF APPEARANCE

    Allegra M. C. Black, Esq., Assistant Federal Public Defender, hereby notes her appearance as counsel for the above-referenced defendant on behalf of the Office of the Federal Public Defender.

    Respectfully submitted,

    James Malcolm Hale

    By: s/ Allegra M. C. Black
        Of Counsel

Allegra M. C. Black, Esquire
Virginia State Bar No. 46188
Federal Public Defender's Office
210 First Street SW, Room 400
Roanoke, Virginia 24011
Ph. (540) 777-0880
Fax (540) 777-0890

*Counsel for defendant James Malcolm Hale*

# CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of January, 2019, I served the foregoing notice of appearance on R. Andrew Bassford, United States Attorney's Office, P.O. Box 1709, Roanoke, Virginia 24008-1709 by electronic filing and on the same date, I caused the original thereof to be filed electronically with Julia Dudley, Clerk, United States District Court, 210 Franklin Road, SW., Roanoke, Virginia 24011.

s/ Allegra M. C. Black