## CRIMINAL MINUTES - PRETRIAL CONFERENCE

Case No.: 7:19CR00004     Date: 5/23/19

**USA v. Kelly, et al**

**Defendant(s):** Tyrek Kelly, -001; James Hale, -002

**Counsel:** Rick Derrico, CJA; Allegra Black, FPD

**PRESENT:** Judge: Michael F. Urbanski, CUSDJ
Deputy Clerk: Kristin Ayersman
Court Reporter: JoRita Meyer
U. S. Attorney: Andrew Bassford
Case Agent: none
USPO: none
Interpreter: none

**Time in Court:** 11:25-11:40   15 minutes

( ) Plea agreement filed with court
( ) Defendant will enter Guilty Plea w/o Plea Agreement
(x) Plea negotiations ongoing for Mr. Kelly – counsel Derrico informs the court that in all likelihood there should be a PA forthcoming.
(x) Proceeding to Trial - Ms. Black asks for a continuance – new counsel to be assigned in her office, as counsel is leaving FPD – states that there may be a suppression issue that needs to be addressed. Court asks if new counsel would be able to be ready for 6/24 trial date – unsure. US believes a two day trial. FPD states that Mr. Hale would prefer not to continue this trial – court asks dft to come to podium and discusses the posture of his case with him. Dft would like counsel appointed by court – concerned about PTM, unable to meet with counsel until now. Court will not decide issue today – wants dft to discuss with new counsel (issue of going to trial as scheduled and suppression motion he intends to file), and based on Ms. Black's comments, the court will her to w/d from case today. Court directs the clerk to appt CJA counsel today and meet with dft. Court asks US if there are any conflicts – Mr. Lingafelt/his firm, M. Derrico. Court will ask CJA counsel to meet with dft tomorrow at the RCJ. That counsel will report back to court about trial date. All parties agree to direction of court, no objection to how court will be proceeding with this case.
( ) Deft. remains on bond
(x) Defts remanded to custody.
( ) Motions hearing held.