Tl whom it may concerne,

Im writting is on behalf of James M Hale. He is a great man. He deserves to be free. James is my fiancé. We have a 1 year old baby girl together. He missed out on her infant growth. I dont want him to miss out on any more of her life. He has the chance to really change and do better. I feel he has learned is lesson. He has came a long way from a rough childhood and life style. No one is perfect but we are all compatible of change. James was his grandfather's caretaker. His grandfather had gone downhill since he's been gone. We do what we can but he want his grandson. And i want him to have that time before he passes away. In all im just saying that james hale is a trustful man and a great father. He gives out to the kids that didnt have father's in their life. I've seen him do so many good things.

I pray nothing but good comes to his situation. Its so many things going on in this world we need good people like him to make difference.

Sincerely Laquonda Saunders

Mr Hale has alot of potential to work and hes also a great Gentleman he has mad mistakes in his life hes a great Father and he has done great things As well on the behalf of being held in Jail of a bad mistake he have made he's made progress into being in the community helping with the elderly and help kids not make the same mistake he has made i hope this Letter make u past Judgment on Mr Hale as to not has much time to look at probation so that he can change his Life and to be able to come to such beautiful baby he has to watch grow .

Sincerely, Laericka Thomas