UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>JAMES M. HALE )<br>)<br>    Defendant ) | Case No. 7:19-cr-00004-002-MFU |

## **NOTICE OF APPEAL**

Notice is hereby given that defendant James M. Hale, by counsel, hereby gives notice, pursuant to Rule 4(b) of the Federal Rules of Appellate Procedure, that he is appealing the judgment of conviction entered by United States District Judge Michael F. Urbanski on July 10, 2020, to the United States Court of Appeals for the Fourth Circuit.

    Respectfully submitted,

    JAMES M. HALE


    By: /s/ Correy A. Diviney
        Of Counsel

Correy A. Diviney, Esq. (VSB#74833)
STRICKLAND, DIVINEY, SEGURA & BYRD
P.O. Box 2866
Roanoke, VA 24001-2866
Telephone: (540) 982-7787
Fax: (540) 342-2909
Email: correy@stricklandattorneys.com
    Counsel for James M. Hale

CERTIFICATE OF SERVICE

I hereby certify that this 20th day of July, 2020, I electronically filed the forgoing Notice of Appeal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

By: /s/ Correy A. Diviney