IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Respondent<br><br>v.<br><br>JAMES M. HALE,<br>    Petitioner | Criminal No.:  7:19-cr-00004 |

## SUGGESTION OF APPOINTMENT OF COUNSEL
## TO PETITIONER

Upon initial review of petitioner's 2255 motion, the United States believes this matter would benefit from the appointment of counsel to petitioner, and by this filing suggests the Court so appoint counsel for the purpose of assisting in this matter.

Respectfully submitted,

CHRISTOPHER R. KAVANAUGH
UNITED STATES ATTORNEY

/s/ *S. Cagle Juhan*
Assistant United States Attorney
DC Bar No. 102293
United States Attorney's Office
255 West Main Street, Room 130
Charlottesville, Virginia 22902
Cagle.Juhan@usdoj.gov
(434) 293-4283

## CERTIFICATE

I hereby certify that on the 21st day of September 2022, the foregoing notice was filed with the Clerk of the Court using the CM/ECF System, and has mailed a copy of the notice to:

James M. Hale
Reg No. 22447-084
F.C.I. Butner
P.O. Box 1500
Butner, NC 27509

/s/ S. Cagle Juhan
S. Cagle Juhan
Assistant United States Attorney