IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal Action No. 7:19-cr-00004 |
| v. | ) | |
| | ) | By: Joel C. Hoppe |
| JAMES M. HALE, | ) | United States Magistrate Judge |
| Defendant/Petitioner. | ) | |

**ORDER**

James M. Hale, proceeding pro se, has moved to vacate his federal conviction under 28 U.S.C. § 2255. The matter is presently before me on the government's motion to appoint counsel to represent Hale. Counsel may be appointed in a § 2255 proceeding "[w]henever the United States magistrate judge or the court determines that the interests of justice so require." 18 U.S.C. § 3006A(a)(2). Under the circumstances presented in this case, I find that the interests of justice warrant the appointment of counsel. Accordingly, the government's motion to appoint counsel, ECF No. 134, is **GRANTED**, and the Federal Public Defender is **APPOINTED** to represent Hale.

The Clerk is directed to send a copy of this order to the parties and to the Federal Public Defender.

It is so **ORDERED**.

ENTER: September 22, 2022

/s/ Joel C. Hoppe
United States Magistrate Judge